## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

GERMAN CALDERON-RODRIGUEZ,

        Petitioner,

vs.                                            No. CIV 12-0691 JB/ACT

RAY TERRY, Warden of Otero County
Processing Center, in his official
capacity,

        Respondent.

### <u>FINAL JUDGMENT</u>

**THIS MATTER** comes before the Court on its Memorandum Opinion and Amended Order, filed April 30, 2013 (Doc. 17), in which: (i) the Government's Answer and Motion to Dismiss Petition Under 28 U.S.C. § 2241 For Writ Of Habeas Corpus and § 2254, or may be Construed as a Writ of Coram Nobis if Appropriate, Filed on June 25, 2012, filed August 24, 2012 (Doc. 7), was granted; (ii) Petitioner's German Calderon-Rodriguez' Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus & 2254, or May Be Construed as a Writ of Coram Nobis if Appropriate, filed June 25, 2012 (Doc. 1), was dismissed; and (iii) pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases, the Court denied Calderon-Rodriguez a certificate of appealability of claims under 28 U.S.C. § 2254.  <u>See</u> Memorandum Opinion and Amended Order at 11.  Because the Court's Memorandum Opinion and Amended Order disposes of all claims and issues before the Court, the Court now enters final judgment.

**IT IS ORDERED** that Petitioner's German Calderon-Rodriguez' claims and case are dismissed, and final judgment is entered.

_____
UNITED STATES DITRICT JUDGE

*Parties and Counsel:*

German Calderon-Rodriguez
Otero County Processing Center
Chaparral, New Mexico

    *Petitioner pro se*

Kenneth J. Gonzalez
  United States Attorney
William J. Pflugrath
   Assistant United States Attorney
United States Attorney's Office
Albuquerque, New Mexico

    *Attorneys for the Respondent*